1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   JACK CORRY,                                   No.  2:13-cv-0873 TLN KJN

12                  Petitioner,

13        v.                                       **ORDER**

14   PUROSYSTEMS, INC., a Florida
     corporation,
15
                    Respondent.
16

17

18

19        This matter is before the Court on Respondent Purosystems, Inc.'s ("Respondent") motion

20   to dismiss or, in the alternative, transfer venue.  (ECF No. 7.)  Petitioner Jack Corry ("Petitioner")

21   opposes the motion.  (ECF No. 8.)

22        Under 9 U.S.C. § 12 "[a] [n]otice of a motion to vacate, modify, or correct an award must

23   be served upon the adverse party or his attorney within three months after the award is filed or

24   delivered. . . ."  Here, Respondent argues, and Petitioner does not dispute, that Petitioner failed to

25   serve its motion to vacate within three months of the underlying arbitration award in this case.

26   *See Lafarge Counseils Et Etudes S.A. v. Kaiser Cement & Gypsum Corp.*, 791 F.2d 1334, 1339

27   (9th Cir. 1986) (the "three month notice requirement of section 12 for appeal of an award on

28   section 10 or 11 grounds would be meaningless if a party to the arbitration proceeding could

1

1   bring an independent action asserting such claims outside of the statutory time period provided

2   for in section 12"); *Brotherhood of Teamsters v. Celotex Corp.*, 708 F.2d 488, 490 (9th Cir. 1983)

3   (refusing to consider arguments regarding vacatur of arbitration award that were made more than

4   three months after arbitration award was issued).[1]  Moreover, Petitioner makes no showing as to

5   why the authorities discussed above should not be applied to this case.  (*See* ECF No. 12 at ¶¶ 5,

6   7.)  Indeed, Petitioner cites no authority to counter Respondent's argument that his petition is

7   untimely.

8          Therefore, Respondent's motion to dismiss (ECF No. 7) is granted and this action is

9   DISMISSED WITH PREJUDICE.

10         **IT IS SO ORDERED.**

11         Dated: September 4, 2013

12

13   _____

14   Troy L. Nunley
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

---

26   [1] Even if Petitioner's petition to vacate the arbitration award was timely, the Court doubts this
     would be the appropriate venue to resolve this dispute.  Respondent filed an action to confirm the
27   arbitration award in the United States District Court for the Southern District of Florida, No. 13-
     mc-60892-WJZ, prior to this action.  *See Pacesetter Sys., Inc. v. Medtronic, Inc.*, 678 F.2d 93, 96
28   (9th Cir. 1982) (discussing first-filed rule).